# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**PHYLLIS LANGFORD, et al.**                                       **PLAINTIFFS**

v.                       No. 3:12-cv-00111 KGB

**JIMMY WILKINS, individually and
in his official capacity as Superintendent and
HUGHES SCHOOL DISTRICT NO. 27**                         **DEFENDANTS**

## ORDER

Before the Court is defendants' motion to compel discovery (Dkt. No. 49). Defendants' motion was filed July 22, 2013, and addresses written discovery served on plaintiffs Gheric Bruce on February 27, 2013, and written discovery served on plaintiffs Phyllis Langford, Dovie Wolf, Stacy Sharpe, and Michael Manning on March 25, 2013. Plaintiffs failed to respond to defendants' motion to compel. Based on the Court's inquiry, the Court has received information from all counsel regarding the current status of this discovery.

Although the Court is sympathetic to the circumstances described by counsel, the Court grants defendants' motion to compel discovery as to Mr. Bruce, Ms. Langford, Ms. Wolf, and Mr. Manning. The requests have been outstanding for some time.

Therefore, the Court orders Mr. Bruce, Ms. Langford, Ms. Wolf, and Mr. Manning to respond in full to defendants' outstanding written discovery requests on or before September 17, 2013. To the extent an individual plaintiff may require additional time to respond based on his or her circumstances, and to the extent defendants are unwilling to agree to a request for additional time, the individual plaintiff may file a motion with the Court. The Court denies defendants' motion to compel discovery as to Ms. Stacy Sharp, as Ms. Sharp is no longer a

plaintiff in the instant case as of Court's order dated August 28, 2013 (Dkt. No. 54).  The Court denies defendants' request for attorneys' fees and costs associated with the filing of this motion.

SO ORDERED this 30th day of August, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE