IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**PHYLLIS LANGFORD, et al.**                                                                      **PLAINTIFFS**

**v.**                               **No. 3:12-cv-00111 KGB**

**JIMMY WILKINS, individually and
in his official capacity as Superintendent and
HUGHES SCHOOL DISTRICT NO. 27**                                                 **DEFENDANTS**

## ORDER

The Court will conduct a telephone conference to address defendants' second motion to compel discovery (Dkt. No. 64) on Monday, November 18, 2013, beginning at 9:00 a.m. The call-in information is as follows:

    Toll-free:        1-888-273-3658

    Access Code:   3848262

SO ORDERED this 15th day of November, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE