**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**PHYLLIS LANGFORD, et al.**                                                          **PLAINTIFFS**

**v.**                              **No. 3:12-cv-00111 KGB**

**JIMMY WILKINS, individually and**
**in his official capacity as Superintendent and**
**HUGHES SCHOOL DISTRICT NO. 27**                              **DEFENDANTS**

## ORDER

Today the Court held a telephone hearing to address defendants' second motion to compel discovery (Dkt. No. 64). Based on the arguments and representations made by counsel at that hearing, the Court grants defendants' second motion to compel discovery. The Court notes that plaintiffs' counsel indicated that the outstanding discovery responses that are the subject of defendants' second motion to compel discovery would be served to defendants' counsel today. Further, regarding other issues discussed at the hearing including but not limited to the status of the upcoming discovery deadline, motions deadline, and trial date, the Court directs the parties to confer and to submit a joint status report or, if necessary, separate status reports by November 5, 2013—one week from today. If any other discovery issues arise before the current discovery deadline of November 27, 2013, that require a telephone hearing, parties are directed to contact the Court.

SO ORDERED this 18th day of November, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE