**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**PHYLLIS LANGFORD, et al.**                                        **PLAINTIFFS**

**v.**                        **No. 3:12-cv-00111 KGB**

**JIMMY WILKINS, individually and
in his official capacity as Superintendent, and
HUGHES SCHOOL DISTRICT NO. 27**                      **DEFENDANTS**

<u>**ORDER**</u>

Before the Court is the parties' joint motion to dismiss with prejudice only the claims of plaintiff Peggy Cordell and the counter-claims of defendant Hughes School District No. 27 against Peggy Cordell (Dkt. No. 81). For good cause shown, the Court grants the parties' joint motion and dismisses with prejudice Ms. Cordell's claims and the counter-claims of Hughes School District No. 27 against Ms. Cordell.

SO ORDERED this the 14th day of October, 2014.

*/s/ Kristine G. Baker*
_____
Kristine G. Baker
United States District Judge