**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**PHYLLIS LANGFORD, et al.**                                                                  **PLAINTIFFS**

**v.**                        **No. 3:12-cv-00111 KGB**

**JIMMY WILKINS, in his official**
**capacity as Superintendent, and**
**HUGHES SCHOOL DISTRICT NO. 27**                                              **DEFENDANTS**

## ORDER

The parties held a settlement conference in this matter on October 28, 2014, before Magistrate Judge Jerry W. Cavaneau. The Clerk's minutes for that settlement conference indicate that plaintiffs Gheric Bruce, April Guyer, and Michael Hardage have settled their claims with defendants (Dkt. No. 109). Therefore, the Court dismisses with prejudice the claims of Mr. Bruce, Ms. Guyer, and Mr. Hardage. The Court retains jurisdiction for 30 days to enforce the settlement terms.

SO ORDERED this 30th day of October, 2014.

Kristine G. Baker
United States District Judge