IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**PHYLLIS LANGFORD, et al.**                                                                               **PLAINTIFFS**

**v.**                                **No. 3:12-cv-00111 KGB**

**JIMMY WILKINS, in his official
capacity as Superintendent, and
HUGHES SCHOOL DISTRICT NO. 27**                                              **DEFENDANTS**

## ORDER

This case is currently set for trial the week of December 1, 2014. The Court hereby removes this case from the trial docket. The Court has several motions for summary judgment under advisement. Defendants Jimmy Wilkins, in his official capacity as Superintendent, and Hughes School District No. 27 (collectively "HSD") have filed motions for summary judgment on the claims of plaintiffs Phyllis Langford (Dkt. No. 88), Michael Manning (Dkt. No. 97), and Dovie Wolf (Dkt. No. 91). The Court will address these pending motions for summary judgment in a separate order. Furthermore, if needed, the Court will set a new trial date by separate order after ruling on the pending motions for summary judgment.

Also before the Court is HSD's motion for leave to file motion for reconsideration regarding HSD's previous motions to transfer venue (Dkt. No. 139), to which plaintiffs have responded in opposition (Dkt. No. 140). The Court grants HSD's motion for leave to file motion for reconsideration.

SO ORDERED this 24th day of November, 2014.

_____
Kristine G. Baker
United States District Judge