**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**PHYLLIS LANGFORD, et al.**                                                                 **PLAINTIFFS**

v.                                        No. 3:12-cv-00111 KGB

**JIMMY WILKINS, in his official**
**capacity as Superintendent, and**
**HUGHES SCHOOL DISTRICT NO. 27**                                        **DEFENDANTS**

## ORDER

Before the Court is plaintiff's motion to enforce settlement agreement and for attorneys' fees (Dkt. No. 144). The Court will conduct a telephone hearing on the motion sometime during the week of January 12, 2015. All counsel are directed to send an electronic mail message to the Court's Courtroom Deputy on or before Tuesday, January 6, 2015, advising the Court of their availability for a telephone hearing to be scheduled the week of January 12, 2015. The Court will set the hearing by separate Order.

SO ORDERED this 23rd day of December, 2014.

_____
Kristine G. Baker
United States District Judge