**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**PHYLLIS LANGFORD, et al.**                                                                 **PLAINTIFFS**

**v.**                              **Case No. 3:12-cv-00111 KGB**

**JIMMY WILKINS, in his official**
**capacity as Superintendent, and**
**HUGHES SCHOOL DISTRICT NO. 27**                                              **DEFENDANTS**

## JUDGMENT

Consistent with the Opinion and Order entered in this matter on this date, the Court grants defendants' motions for summary judgment as to the claims of plaintiffs Phyllis Langford, Michael Manning, and Dovie Wolf (Dkt. Nos. 88, 97, 91). The court dismisses with prejudice Ms. Langford, Mr. Manning, and Ms. Wolf's claims.

SO ADJUDGED this 21st day of April, 2015.

_____
Kristine G. Baker
United States District Judge